# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3027**

**September Term, 2021**

**1:17-cr-00233-TNM-1**

**Filed On:** August 24, 2022

United States of America,

        Appellee

    v.

Thomas Jenkins,

        Appellant

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Pillard, Rao, and Walker, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda of law and fact filed by the parties. The court has determined that the issues presented occasion no need for an opinion. See D.C. Cir. Rule 36. Upon consideration of the foregoing, and the request for appointment of counsel, it is

**ORDERED** that appellant's request for appointment of counsel be denied. It is

**FURTHER ORDERED and ADJUDGED** that the district court's April 18, 2022 order denying appellant's motion for compassionate release be affirmed. Appellant has not shown that the district court abused its discretion in denying his motion. See United States v. Long, 997 F.3d 342, 352 (D.C. Cir. 2021).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.


**Per Curiam**


                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk